IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

BOBBY GENE WATERS, JR., )
)
    Plaintiff, )
)
v. ) CIVIL ACTION NO.: CV509-027
)
HUGH HUMPHREY; DEPUTY )
WARDEN OF CARE AND )
TREATMENT at Ware State )
Prison; and HEAD PHYSICIAN )
at Ware State Prison, )
)
    Defendants. )

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claim that Defendants were negligent is **DISMISSED**. Additionally, Plaintiff's request for injunctive relief is **DENIED**.

SO ORDERED, this __24__ day of __August__, 2009.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev. 8/82)