# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

BOBBY GENE WATERS, JR., )
    Plaintiff, )
)
v. ) CIVIL ACTION NO.: CV509-027
)
HUGH HUMPHREY, Warden, )
    Defendant. )

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915, due to Plaintiff's failure to exhaust his administrative remedies. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this 11 day of March, 2010.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev. 8/82)